# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED 07 OCT 16 PM 12: 44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

16062 Southwest Freeway, LLC and Gary L. Greenberg, on Behalf of All Others Similarly Situated, and on Behalf of the Class,

Plaintiffs

v.

Principal Commercial Funding, LLC., and Does 1 through 10, inclusive,

Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. 07cv1998-DMS(AJB)

DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Craig A. Miller, Esq., 116030
Levine Steinberg Miller & Huver
550 W. C St. Ste 1810
San Diego, CA 92101  (619)231-9449

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.  
CLERK   [SEAL]

10/16/07
DATE

A. Victoria
By                          , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)