# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16062 SOUTHWEST FREEWAY, LLC and GARY GREENBERG, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCIPAL COMMERCIAL FUNDING, LLC.,<br><br>Defendant. | CASE NO. 07-CV-1998-DMS (AJB)<br><br>ORDER FOLLOWING TELEPHONIC CONFERENCE |

On November 20, 2007, the parties appeared telephonically pursuant to Chamber's Civil Pretrial Rule 6(A). Craig Miller appeared for Plaintiffs and Michael Holmes appeared for Defendant.

Defendant may file and serve its Rule 12(b) motion on or before November 28, 2007. The Court will hear oral argument on January 11, 2008 at 1:30 p.m. in Courtroom 10 (or will notify the parties shortly before the hearing if the matter will be submitted on the briefs). The opposition and reply briefs shall be filed in accordance with Civil Local Rule 7.1.

**IT IS SO ORDERED.**

DATED: November 21, 2007

_____
HON. DANA M. SABRAW
United States District Judge