1  MARK J. HATTAM (BAR NO. 173667)
   MICHAEL J. HOLMES (BAR NO. 199311)
2  ALLEN MATKINS LECK GAMBLE
       MALLORY & NATSIS LLP
3  501 West Broadway, 15th Floor
   San Diego, California 92101-3541
4  Phone: (619) 233-1155
   Fax: (619) 233-1158
5  E-Mail: mhattam@allenmatkins.com
           mholmes@allenmatkins.com
6
   Attorneys for Defendant
7  PRINCIPAL COMMERCIAL FUNDING, LLC

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | 16062 SOUTHWEST FREEWAY, LLC and    | Case No. 07 CV 1998 DMS (AJB)
   | GARY L. GREENBERG, On Behalf of All  |
12 | Others Similarly Situated, and on Behalf of the | **PRINCIPAL COMMERCIAL FUNDING,**
   | Class,                               | **LLC'S NOTICE OF MOTION AND**
13 |                                      | **MOTION TO DISMISS**
   |          Plaintiffs,                 |
14 |                                      | Date:  January 11, 2008
   |     v.                               | Time:  1:30 p.m.
15 |                                      |
   | PRINCIPAL COMMERCIAL FUNDING,        | Judge: Dana M. Sabraw
16 | LLC, and DOES 1 through 10, inclusive, | Ctrm:  10
17 |          Defendants.                 |

18

19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      PLEASE TAKE NOTICE that on January 11, 2008, at 1:30 p.m., in Courtroom 10, of the

21 above-entitled court, located at 940 Front Street, San Diego, California, Defendant Principal

22 Commercial Funding, LLC will, and hereby does, move pursuant to Rule 12(b)(6) of the Federal

23 Rules of Civil Procedure for dismissal of each and every cause of action contained in Plaintiffs'

24 Complaint.  Each and every cause of action in Plaintiffs' Complaint fails to state a claim upon

25 which relief can be granted because the subject loan documents belie Plaintiffs' allegations in

26 support of those causes of action, and each cause of action fails as a matter of both Texas and

27 California law.

28

1       This Motion is based upon this Notice of Motion and Motion; the accompanying

2   Memorandum of Points and Authorities, Lodgment of Exhibits, and Lodgment of Non-Federal

3   Authorities; documents on file in this action; and such other matters as may be presented in

4   subsequent pleadings or at the hearing.

5

6   Dated: November 27, 2007             ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP

7

8                                   By: s/Michael J. Holmes

9                                       MICHAEL J. HOLMES
                                    Attorneys for Defendant
                                    PRINCIPAL COMMERCIAL FUNDING,

10                                      LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                             )   ss.:

COUNTY OF SAN DIEGO    )

The undersigned hereby certifies that a true and correct copy of the following documents has been duly served upon the following parties electronically through CM/ECF:

- **PRINCIPAL COMMERCIAL FUNDING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRINCIPAL COMMERCIAL FUNDING, LLC'S MOTION TO DISMISS**

- **LODGMENT OF EXHIBITS IN SUPPORT OF PRINCIPAL COMMERCIAL FUNDING, LLC'S MOTION TO DISMISS**

- **LODGMENT OF NON-FEDERAL AUTHORITIES IN SUPPORT OF PRINCIPAL COMMERCIAL FUNDING, LLC'S MOTION TO DISMISS**

Harris I. Steinberg, Esq.                   Attorneys for Plaintiff
Craig A. Miller, Esq.
LEVINE, STEINBERG, MILLER & HUVER
550 West C Street, Suite 1810
San Diego, CA 92101-8596
Tel: (619) 231-9449

Executed on November 27, 2007, at San Diego, California.

| | |
|---|---|
| Michael J. Holmes | s/Michael J. Holmes |
| (Type or print name) | (Signature) |