MARK J. HATTAM (BAR NO. 173667)
MICHAEL J. HOLMES (BAR NO. 199311)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: mhattam@allenmatkins.com
        mholmes@allenmatkins.com

Attorneys for Defendant
PRINCIPAL COMMERCIAL FUNDING, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16062 SOUTHWEST FREEWAY, LLC and GARY L. GREENBERG, On Behalf of All Others Similarly Situated, and on Behalf of the Class,<br><br>        Plaintiffs,<br><br>    v.<br><br>PRINCIPAL COMMERCIAL FUNDING, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 07 CV 1998 DMS (AJB)<br><br>**LODGMENT OF NON-FEDERAL AUTHORITIES IN SUPPORT OF PRINCIPAL COMMERCIAL FUNDING, LLC'S MOTION TO DISMISS**<br><br>Date: January 11, 2008<br>Time: 1:30 p.m.<br><br>Judge: Dana M. Sabraw<br>Ctrm: 10 |

Defendant Principal Commercial Funding, LLC hereby lodges copies of the following non-federal authorities in support of its Motion to Dismiss:

EXHIBIT 1:    *Burlington Northern Railroad Co. v. Southwestern Electric Power Co.*, 925 S.W.2d 92, (Tex. App. 1996).

EXHIBIT 2:    *First American Title Ins. Co. v. Superior Court*, 146 Cal. App. 4th 1564 (2007).

EXHIBIT 3:    *Lawler v. Lomas & Nettleton Mortgage Investors*, 691 S.W.2d 593 (Tex. 1985).

EXHIBIT 4:    *Lone Star Steel Co. v. Scott*, 759 S.W.2d 144 (Tex. App. 1988).

1  EXHIBIT 5:     *Rent America, Inc. v. Amarillo National Bank*, 785 S.W.2d 190 (Tex. App.

2                 1990).

3  EXHIBIT 6:     *South Bay Chevrolet v. General Motors Acceptance Corporation*, 72 Cal. App.

4                 4th 861 (1999).

5  EXHIBIT 7:     *Wal-Noon Corp. v. Hill*, 45 Cal. App. 3d 605 (1975).

6  EXHIBIT 8:     Tex. Fin. Code Ann. § 302.001 (2006).

7  EXHIBIT 9:     Schwarzer, Tashima & Wagstaffe, Cal. Prac. Guide: Fed. Civ. Pro. Before

8                 Trial, § 10:348, p. 10-57 (The Rutter Group 2007).

9  EXHIBIT 10:    1 Witkin, Summary of California Law, *Contracts* § 1013, p. 1102 (10th ed.

10                2005).

11

12 Dated:  November 27, 2007                    ALLEN MATKINS LECK GAMBLE
                                                MALLORY & NATSIS LLP
13

14                                              By: s/Michael J. Holmes
                                                    _____
15                                                  MICHAEL J. HOLMES
                                                    Attorneys for Defendant
16                                                  PRINCIPAL COMMERCIAL FUNDING,
                                                    LLC
17

18

19

20

21

22

23

24

25

26

27

28