| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)** <br> **16062 Southwest Freeway v. PCF** | |
| **ATTORNEY(S) NAME AND ADDRESS**        **TELEPHONE** <br> HARVEY R. LEVINE <br> RICHARD A. HUVER <br> LEVINE, STEINBERG, MILLER & HUVER        (619) 231-9449 <br> 550 West "C" Street, Suite 1810 <br> San Diego, California 92101 | |

| ATTORNEY(S) FOR: Plaintiff, | HEARING: 1-11-08; 1:30 p.m.; Ctrm:10 | Case No.: **07 CV 1998 DMS (AJB)** |
|---|---|---|

I am employed in the City and County of San Diego by the Law Firm of Levine, Steinberg, Miller & Huver, 550 West C Street, Suite 1810, San Diego, California 92101. I am over the age of 18 years and not a party to the within action.

On December 20, 2007, I served the attached document(s):

### PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS

on the parties, through their attorneys of record, by placing copies thereof in sealed envelopes, addressed as shown below for service as designated below:

A. By First Class Mail: I caused each such envelope, with first-class postage thereon fully pre-paid, to be deposited in a recognized place of deposit of the U.S. mail in San Diego, California, for collection and mailing to the office of the addressee on the date indicated.

B. By Personal Service: I caused each such envelope to be personally delivered to the office of the addressee by a member of the staff of this law firm on the date indicated.

C. By Messenger Service: I caused each such envelope to be delivered to a courier employed by _____, with whom we have a direct billing account, who personally delivered each such envelope to the office of the addressee on the date indicated.

D. By Federal Express: I caused each such envelope to be delivered to Federal Express Corporation at San Diego, California, with whom we have a direct billing account, to be delivered to the office of the addressee on the next business day. I deposited this package at the _____ location.

E.   <u>By Facsimile:</u> I caused such a document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax numbers:

F.   <u>By Electronic Filing:</u> I caused such a document to be served via electronic e-filing on the parties in this action.

| SERVICE | ADDRESSEE | PARTY REPRESENTED |
|---------|-----------|-------------------|
| A | Mark J. Hattam, Esq.<br>Michael J. Holmes, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>501 W. Broadway, 15th Fl.<br>San Diego, CA 92101<br>TEL:  619-233-1155<br>FAX:  619-233-1158 | Defendant |

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of December 2007, at San Diego, California.

*Cindy Macdonald*

Cindy Macdonald