# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16062 SOUTHWEST FREEWAY, LLC and GARY GREENBERG, on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>PRINCIPAL COMMERCIAL FUNDING, LLC.,<br><br>Defendant. | CASE NO. 07-CV-1998-DMS (AJB)<br><br>ORDER RE: ORAL ARGUMENT |

Defendant's Motion to Dismiss is scheduled for hearing on January, 11, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: January 7, 2008

_____
HON. DANA M. SABRAW
United States District Judge